IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| FERNANDO JOSE FLORES MEJIA, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| VS. | § | |
| | § | |
| WARDEN, in Warden official capacity | § | CIVIL ACTION NO. 9:26-CV-00378 |
| as Warden of the IAH Secure Adult | § | JUDGE MICHAEL J. TRUNCALE |
| Detention Center; BRET BRADFORD, | § | |
| in his official capacity as Field Office | § | |
| Director of ICE Enforcement and | § | |
| Removal Operations Houston Field | § | |
| Office; MARKWAYNE MULLIN, in his | § | |
| official capacity as Secretary of the | § | |
| Department of Homeland Security; Todd | § | |
| BLANCHE, in his official capacity as | § | |
| Acting Attorney General of the United | § | |
| States, | § | |
| | § | |
| *Respondents.* | § | |

**ORDER REGARDING ADMISSION**

On May 20, 2026, Petitioner filed his Petition for Writ of Habeas Corpus Pursuant to

27 U.S.C. §2241 and Complaint for Declaratory and Injunctive Relief in the Southern District

of Texas, Houston Division. [Dkt. 1]. This matter was subsequently transferred to the Eastern

District of Texas, Lufkin Division. [Dkt. 4]. At the time of transfer, counsel for Petitioner,

Manuel E. Solis, was not admitted to practice in the Eastern District of Texas. On May 27,

2026, the Clerk contacted Mr. Solis with instructions on admission requirements for the

Eastern District of Texas.

Accordingly, it is **ORDERED** that Manuel E. Solis take the necessary steps to appear

on behalf of Petitioner either by becoming admitted to practice in the Eastern District of Texas

or by appearing Pro Hac Vice in this matter on or before **June 12, 2026**. Failure to do so will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order to Mr. Solis via Email at msolis@lawsolis.com.

**SIGNED this 29th day of May, 2026.**

Michael J. Truncale
United States District Judge

2